STATE OF CONNECTICUT *v.* MEYER BILLER

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 616, is denied.

*M. Mitchell Morse,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided March 6, 1986

STATE OF CONNECTICUT *v.* ANGEL LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 599, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*James M. Bernardi,* assistant state's attorney, in opposition.

Decided March 12, 1986

STATE OF CONNECTICUT *v.* RUBEN SARIOL

The defendant's petition for certification for appeal from the Appellate Court, 5 Conn. App. 599, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*James M. Bernardi,* assistant state's attorney, in opposition.

Decided March 12, 1986